UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EMILIO PINERO,
    Plaintiff,
vs.

GUAMA I, LLC,
    Defendant.

Case No: 23-cv-22330-JEM

## JOINT NOTICE OF SETTLEMENT

Plaintiff, EMILIO PINERO, and Defendant, GUAMA I, LLC, by and through their respective undersigned counsel, notify the Court that the Parties have reached a settlement.

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33137
(561) 573-2106
GGoldstein@G2Legal.net

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
   *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
(561) 800-0405
WassenbergL@gmail.com

s/ Fernando A. Prego
Fernando A. Prego (FBN: 124811)
Jorge Luis Fors (FBN: 347647)
   *Attorneys for Defendant*
FORS | Attorneys at Law
1108 Ponce De Leon Blvd.
Coral Gables, Florida 33134
(305) 448-5977
FPrego@ForsLegal.com
JFors@ForsLegal.com